UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH PAUL TEFEL, JR.,

      Plaintiff,

v.                                         Case No. 8:24-cv-2749-TPB-AEP

FRANK BISIGNANO,
Commissioner of Social Security,

      Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on consideration of the report and recommendation of Anthony E. Porcelli, United States Magistrate Judge, entered on July 1, 2025.   (Doc. 18).   Judge Porcelli recommends that "Plaintiff's Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act and Memorandum in Support" (Doc. 17) be granted.   Judge Porcelli specifically recommends that Plaintiff' be awarded $7,250.00 in attorney's fees and costs.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation.   28 U.S.C. § 636(b)(1); 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982).   A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made."   28 U.S.C. § 636(b)(1)(C).   When no objection is filed, a court reviews the report and recommendation for clear error.  *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*,

677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Porcelli's report and recommendation, the Court adopts the report and recommendation. Consequently, Plaintiff's motion for attorney's fees is granted.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Judge Porcelli's report and recommendation (Doc. 18) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) "Plaintiff's Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act and Memorandum in Support" (Doc. 17) is hereby **GRANTED**. Plaintiff is awarded $7,250.00 in attorney's fees and costs. Unless the Department of Treasury determines that Plaintiff owes a federal debt, the Government must pay the fees and costs to Plaintiff's counsel in accordance with Plaintiff's assignment (Doc. 17-4).

(3) The Clerk is **DIRECTED** to enter an amended judgment that includes the award of attorney's fees and costs, as set forth herein.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 16th day of July, 2025.

TOM BARBER
UNITED STATES DISTRICT JUDGE